**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLIVIER LE QUEINEC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05547

Judge Joan H. Lefkow

Magistrate Judge M. David Weisman

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, OLIVIER LE QUEINEC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on May 26, 2026, I sent an e-mail containing a copy of the Complaint, Minute Entry [11], Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication, and Summons to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), Temu, LLC

("Temu"), and Walmart Inc. ("Walmart") marketplaces, as identified and provided for Defendants by third parties.

4. I hereby certify that on or before May 26, 2026, I electronically published the Complaint, Minute Entry [11], Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication, and Summons on a website.

5. I hereby certify that on May 26, 2026, I sent an e-mail containing a copy of the Complaint, Minute Entry [11], Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication, and Summons to the e-mail addresses associated with accounts at the Amazon, PayPal, Temu, and Walmart marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*