**EXHIBIT A**

## Per-Defendant Address Investigation

### Group A: Seller Page Discloses No Address Beyond the Country (10 Defendants)

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 41 | cy poscy (Temu) | China (Address: “N/A”) | The Temu Store Information panel shows Name “cy poscy,” Address “N/A,” Country/Region “China.” No business name is disclosed. No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |
| 50 | Am tuof (Temu) | China (Address: “N/A”) | The Temu Store Information panel shows Name “Am tuof,” Address “N/A,” Country/Region “China.” No business name is disclosed. No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |
| 55 | Cozy Sleep Cottage (Temu) | China (Address: “N/A”) | The Temu Store Information panel shows Name “Cozy Sleep Cottage,” Address “N/A,” Country/Region “China.” No business name is disclosed. No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |
| 73 | Jiaqian Home (Temu) | China (Address: “N/A”) | The Temu Store Information panel shows Name “Jiaqian Home,” Address “N/A,” Country/Region “China.” No business name is disclosed. No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |
| 75 | The Soft Flannel and Floral Print Pavilion (Temu) | China (Address: “N/A”) | The Temu Store Information panel shows Name “The Soft Flannel and Floral Print Pavilion,” Address “N/A,” Country/Region “China.” No business name is disclosed. No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |
| 76 | Color Hu (Temu) | China (Address: “N/A”) | The Temu Store Information panel shows Name “Color Hu,” Address “N/A,” Country/Region “China,” and directs inquiries to the platform | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 79. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | | chat function. No street, city, or district exists to search. | |
| 77 | Lang Bao Decor (Temu) | China (Address: "N/A") | The Temu Store Information panel shows Name "Lang Bao Decor," Address "N/A," Country/Region "China," and directs inquiries to the platform chat function. No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |
| 79 | Yjckr Poerr (Temu) | China (Address: "N/A") | The Temu Store Information panel shows Name "Yjckr Poerr," Address "N/A," Country/Region "China." No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 76. |
| 81 | Life Print Art (Temu) | China (Address: "N/A") | The Temu Store Information panel shows Name "Life Print Art," Address "N/A," Country/Region "China." No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |
| 83 | Ladan Canvas shop (Temu) | China (Address: "N/A") | The Temu Store Information panel shows Name "Ladan Canvas shop," Address "N/A," Country/Region "China," and directs inquiries to the platform chat function. No street, city, or district exists to search. | Temu produced an e-mail address only; no physical address. |

**Group B: Disclosed Address Could Not Be Placed at the Stated Unit or Premises (13 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 1 | fengyangxiandengjundianzishangwushanghang (Amazon) | 新力帝泊湾 B 区二十三栋一单元 603 新建区 / 滁州市 / 安徽 / 233100 / CN | Google web search (Chinese characters) returned no matching documents. Google Maps returned only partial matches: a "Xinjian District" pin in Nanchang, Jiangxi (a different province) and a city-level pin for Chuzhou, Anhui. The compound 新力帝泊湾, Building 23, Unit 1, and | Amazon lists the storefront address and a second address: No. 4, Mentai Street, Xuanwu Street, Fengyang County, Chuzhou, Anhui 233121. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | | Room 603 were not located. Baidu Maps (Chinese characters; city set to 滁州市) returned “no relevant location found.” | |
| 12 | yanshanxianyanlinghongtangshipin (Amazon) | 铅山县新滩乡 / 莲花村桐源垅新村 / 上饶市 / 江西 / 334000 / CN | Google Maps returned partial matches at the township (新滩乡) and village (莲花村) level only. Baidu Maps (Chinese characters) listed the 莲花村 village, the 新滩乡 township government, and the township clinic; 桐源垅新村 was not listed. Village or township level only. | Amazon lists the same address. |
| 24 | Soul Art Shop (Amazon) | 宝丰县 / 城关镇为民路 190 号 / 平顶山市 / 河南省 / 467400 / CN | Google Maps returned county government and utility locations; nothing at 为民路 190 号. Baidu Maps (Chinese characters; city set to 平顶山市) listed an unrelated business, 茅台酱香万家共享(为民路店), at 宝丰县为民路 190 号, together with a hotel and residential buildings. No business bearing the Defendant’s name appears at the stated number. | Amazon lists a different address: 宝丰县城关镇龙兴北路 7 号院 1 号, 平顶山市, 河南省. |
| 32 | hebishishifanquouxingshangmaoyouxiangongsi (Amazon) | 寺庄乡吴家拐前街 22 号 / 南乐县 / 濮阳市 / 河南 / 457000 / CN | Google Maps returned a partial match at the township level (寺庄乡, Nanle County); 吴家拐前街 22 号 was not located. | Amazon lists the storefront address and a second address in a different city: Building 2, Unit 1, 1001, Huangshan Road, Urban and Rural Integration Demonstration Area, Hebi City, Henan 458031. |
| 39 | Happy Decorative Painting (Temu) | Block 3, Xinyuan B District, No. 616, Jinshan Avenue, Cangshan / District, Fuzhou City, Fujian Province / Cangshan District / 350007 / Fujian Province, Fuzhou City / China | Google Maps returned partial matches to a convenience store (Xinyuan Convenience Store) and to No. 616 Jinshan Avenue. The street number resolves; Block 3 does not. No business bearing the Defendant’s name appears. No. 44 discloses Block 2 of the same address. | Temu produced an e-mail address only; no physical address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 42 | A High decorative painting (Temu) | No. 620, Jinshan Avenue, Cangshan District, Fuzhou City, Fujian / Province, Block 3, 2nd Floor / Cangshan District / 350007 / Fujian Province, Fuzhou City / China | Google Maps returned a partial match to the 鑫苑 A 区 residential community pin at No. 620 Jinshan Avenue. Block 3 and the second floor were not located. | Temu produced an e-mail address only; no physical address. |
| 47 | Bargainest (Temu) | Room 606, 2nd floor, Building 5, No. 655, Lilan Middle Road, / Gongchen Subdistrict / Licheng District / 351100 / Fujian Province, Putian City / China | Google Maps returned partial matches for “Gongchen Neighborhood” and the postal code 351100 only; the street address, building, and room were not matched. Google web search identified no business at the address. | Temu produced an e-mail address only; no physical address. |
| 58 | Juyuan Home Textile Factory (Temu) | Room 1, 2nd Floor, Building C, No. 27, Donghe Street, Industrial / Zone, Chengxi Street, Yiwu City, Jinhua City, Zhejiang Province / (self-declaration) / Yiwu City / 322000 / Zhejiang Province, Jinhua City / China | The address is a self-declared (“self-declaration”) registration address. Google Maps returned a partial match to Donghe Street, Chengxi, Yiwu; No. 27, Building C, and Room 1 were not matched. Street level only. | Temu produced an e-mail address only; no physical address. |
| 60 | Mingchi Home Textile Factory (Temu) | 7th Floor, No. 666, Hongjie Road, Futian Street, Yiwu City, Zhejiang / Province (self-declaration) / Yiwu City / 322000 / Zhejiang Province, Jinhua City / China | The address is a self-declared (“self-declaration”) registration address. Google Maps returned four unrelated Yiwu trading businesses and no result at No. 666 Hongjie Road. | Temu produced an e-mail address only; no physical address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 80 | MetalArtFrames (Temu) | Room 701, No. 302, Xiahe Road / Siming District / 361001 / Fujian Province, Xiamen City / China | Google Maps returned a single unnamed place labeled “701” at 302 Xiahe Road, Siming District. The street number resolves; the result shows no business name and nothing connecting the Defendant to the location. The business name disclosed for this store (Xiamenshisimingqulaidanduoduodianzishangwujingyingbu) corresponds to “Lidando,” the name used by Nos. 82 and 84. | Temu produced an e-mail address only; no physical address. |
| 85 | MAGA metal tin signs (Temu) | Room 506, 4th Floor, Unit 2, Building 3, Nanyang New Village, No. / 68, Nanyang Road, Nanyang New Village Subdistrict / Jinshui District / 450003 / Henan Province, Zhengzhou City / China | Google Maps returned partial matches for the west gate of the Nanyang New Village compound at 68 Nanyang Road and for unrelated places named “Nanyang” (including one in Taichung, Taiwan). Building 3, Unit 2, and Room 506 were not matched. Compound level only. | Temu produced an e-mail address only; no physical address. |
| 87 | buy-backdrop (PayPal) | Room 1402, Unit 2, Building 17, Dongzheng Yihefu, Qiyi Street, Wolong District, Nanyang / City, Henan Province, China, 473000 (Contact Us page of the Defendant’s website) | Google Maps returned partial matches for “Qiyi Neighborhood” and the postal code 473000 only. Building 17, Unit 2, and Room 1402 were not matched. Neighborhood level only. | PayPal lists a different address in a different district: 宛城区茶庵乡茶庵村 81, 南阳, 河南. |
| 88 | raybackdrop (PayPal) | Zhao Zhuang Wen Ming Li, Fu Niu Road, Wan / Cheng Qu, Nan Yang City, He Nan provice, China (About Us page of the Defendant’s website) | The address gives no street number, building, or unit. Google Maps parsed the query to two unrelated places in Shangcheng County, Xinyang, and Xixia County, Nanyang; it did not locate any place in Wancheng District. | PayPal lists a different address: 茶庵村茶庵 76 号, 南阳市, 河南. |

**Group C: Registry Candidates Conflict with the Disclosed Address (9 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 2 | SuLianShangMao126 (Amazon) | 鄞州区 / 文景街 78 弄 49 号 / 宁波市 / 浙江 / 315000 / CN | Google Maps placed a pin on Lane 78, Wenjing Street, Yinzhou, Ningbo, among residential blocks. No business is shown at No. 49, and nothing connects the Defendant to the location. | Amazon lists the storefront address and a second address in a different province: C13-2-111 Yangxiwan Industrial Park, Shihua Town, Gucheng County, Xiangyang, Hubei 441705. |
| 5 | zhaoyy (Amazon) | 正荣财富 / 步行街 5311 号 / 莆田市 / 荔城区 / 福建省 / 351100 / CN | Google Maps returned the Zhengrong Finance Fortune Plaza complex in Putian and businesses inside it (a coffee shop, a parking lot). The complex is located; unit 5311 on the pedestrian street is not. Baidu Maps (Chinese characters) returned no result for the address. | Amazon lists the same address and a second address in a different province: 湖北恩施市龙凤镇建设大道 531 号, 恩施土家族苗族自治州, 湖北. |
| 9 | HuaiNanQuanDeShangMaoYouXianGongSi (Amazon) | 江苏省响水县张集乡佑东村五组 36 号 / 江苏省响水县张集乡佑东村五组 36 号 / 盐城市 / 江苏 / 224600 / CN | Google Maps returned a single partial match: the Youdong Villagers' Committee. Baidu Maps (Chinese characters; city set to 盐城市) listed the 佑东村 village, its villagers' committee, a bridge, and a bus stop; 五组 36 号 was not listed. Village level only. | Amazon lists the same address. |
| 16 | YangXianCangSiShangM (Amazon) | 管城区 / 德成街 28 号院 2 单元一楼东户 / 郑州市 / 河南 / 450000 / CN | Neither Google Maps nor Baidu Maps (Chinese characters) located 德成街 28 号院. Google returned a generic list of unrelated Zhengzhou businesses; Baidu returned no result. | Amazon lists the same address. |
| 22 | shanghaiyitongzhanlanzhanshi (Amazon) | 宝山区 / 长逸路 188 号 1 幢 10 层 / 上海市 / 上海 / 201900 / CN | Google Maps placed a pin at 188 Changyi Road, Baoshan District, showing a multi-story office building. The street number resolves; Building 1, 10th floor, is not identified, and no business bearing the Defendant's name is shown. | Amazon lists the same address. |
| 29 | CanvasWhisper (Amazon) | 五华区 / 红云街道办事处龙泉路 506 号军创园 22 栋 | Google Maps (Chinese characters) returned only the Hongyun Sub-district government office. | Amazon lists the same address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | 6 楼 104 室 / 昆明市 / 云南省 / 650032 / CN | Baidu Maps (Chinese characters; city set to 昆明市) listed two unrelated businesses at 龙泉路 506 号 (论旅科技工作室, in Building 8 of the 火电小区 compound, and 昆明润林达工贸有限公司, in Building 3 of 军创园). Building 22 and Room 104 were not listed. | |
| 40 | hoghk (Temu) | New factory building next to No. 308 Shanglin, Xialin Community, / Xialin Street / Chengxiang District / 351100 / Fujian Province, Putian City / China | The address is described by reference to a neighboring building ("next to No. 308"). Google Maps returned two unrelated results (a food company southwest of Putian and a place on Xiadian Road); neither is at or next to No. 308 Shanglin. The location was not identified. | Temu produced an e-mail address only; no physical address. |
| 54 | Eclipse Ethereal Elegance (Temu) | 305, 3/F, No. 21, Yangmei Road, Yangmei Community, Bantian / Street, Longgang District, Shenzhen, China / Longgang District / 518172 / Guangdong Province, Shenzhen / China | Google Maps returned a partial match to the Yangmei Community Library at No. 21 Yangmei Road; "305, 3/F" was not matched. Street-number level only. No. 71 discloses the same business name and address. | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 71. |
| 71 | LushNest Store (Temu) | 305, 3/F, No. 21, Yangmei Road, Yangmei Community, Bantian / Street, Longgang District, Shenzhen, China / Longgang District / 518172 / Guangdong Province, Shenzhen / China | Same address and business name as No. 54. Google Maps returned the same partial match to the Yangmei Community Library at No. 21 Yangmei Road; "305, 3/F" was not matched. | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 54. |

**Group D: Registry Entity at the Disclosed Address Is Cancelled or Unreachable (7 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 3 | ChangShaJuBaiYeMaoYiYouXianGongSi (Amazon) | 开福区洪山街道洪西社区 / 盈安大厦 18 楼 1802 号 / 长沙市 / 湖南 / 410000 / CN | Google web search returned no relevant result. Google Maps returned a partial match at the Hongshan Subdistrict, Hongxi Community level; 盈安大厦 was not found. Baidu Maps (Chinese characters) listed community-level results (洪西社区, its residents' committee, and residential buildings); 盈安大厦 was not listed. | Amazon lists the same address. |
| 11 | 遮阳蓬具 (Amazon) | 经济开发区工业台地标准化厂房 3-2 南楼 2 层-北区 C00052 阜平县 / 保定市 / 河北省 / 73299 / CN | Google web search returned no matching documents; Google Maps matched the postal code only. Baidu Maps (Chinese characters) located the building 工业台地标准化厂房 3-2 南楼 2 层 and listed numerous numbered retail stalls inside it (for example, 北区 A03470, 北区 A04214, 北区 A04913); stall 北区 C00052 was not listed. The address is a numbered stall in a multi-tenant retail hall. | Amazon lists the same address and a second address in a different city: 金山胜境 25 楼 1 单元 301, 古冶区, 唐山市, 河北省. |
| 23 | 宠玩朱配 (Amazon) | 赤壁市 / 赤壁市赤马港街道木田畈社区舒家村四组 139 号 / 咸宁市 / 湖北省 / 437300 / CN | Google Maps returned a partial match to the Chimagang residential district. Baidu Maps (Chinese characters; city set to 咸宁市) listed the 木田畈 community and village and businesses at other village groups (八组 038 号; 十三组 007 号); 四组 139 号 was not listed. Community level only. | Amazon lists a different address in a different province: 仙游县枫亭镇海安村西山 3 号, 莆田市, 福建省. |
| 26 | linquanxianxuanlifengmizhipin (Amazon) | 临泉县杨桥镇 / 刘楼村委会于庄 1 号 / 阜阳市 / 安徽 / 236000 / CN | Google Maps returned township-level results only. Baidu Maps (Chinese characters; city set to 阜阳市) placed a village named 于庄 under a | Amazon lists the same address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | | different township (顾集镇) from the one disclosed (杨桥镇) and did not list 于庄 1 号. | |
| 43 | Foya Decorative painting (Temu) | No. 101, No. 66, Xiayi Village, Huilongpu Community, Longcheng / Street, Longgang District, Shenzhen / Longgang District / 518172 / Guangdong Province, Shenzhen / China | Google web search returned no matching documents. Google Maps returned a community-level match for Huilongpu Community, Longgang, and an unrelated "Xiayicun" in Dongguan (a different city). No. 66 and Room 101 were not located. | Temu produced an e-mail address only; no physical address. |
| 68 | Warm Home Liu (Temu) | Dongting Avenue, Changjiashan Community, Baimahu Street, / Wuling District, Changde City, Hunan Province (Room 601, Building / 1, Deyuan Community) / Wuling District / 415000 / Hunan Province, Changde City / China | The address gives no street number. Google Maps returned partial matches to Dongting Avenue, a community health station, a kindergarten, and Wuling District; Room 601, Building 1, Deyuan Community, was not matched. Road and district level only. | Temu produced an e-mail address only; no physical address. |
| 78 | AGGDRAW (Temu) | Building 3, Fujie Garden, No. 353 Xia Teng Road, Cangshan District, / Fuzhou City, Fujian Province / Cangshan District / 350007 / Fujian Province, Fuzhou City / China | The address stops at a building number with no unit. Google Maps returned a partial match at the postal-code point 350007 in Cangshan District; the street address was not matched. District level only. | Temu produced an e-mail address only; no physical address. |

**Group E: Registry Entity at the Disclosed Address, but the Stated Location Cannot Be Shown or Contains No Deliverable Unit (11 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 6 | xinzhengshihongdajiankangguanlifuwu (Amazon) | 新华路街道阁老路 / 路西涵洞北 441 号 / 郑州市新郑市 / 河南 / 450000 / CN | The address is a directional description ("north of the culvert on the west side of Gelao Road, No. 441"), not a street address. Baidu Maps (Chinese characters, October 1, 2026) returned no result, and the map defaulted to Chicago, Illinois. No map service placed a location at the stated point. Live seller profile (October 1, 2026) unchanged. | Amazon lists the same address and a second address in the same city: 新郑市新华办金城路法院小区 2 号楼 306 号, 郑州市, 河南. |
| 8 | henanhuanghanjiuyeyouxian (Amazon) | 龙湖镇 / 大赵村 8 号 / 郑州市新郑市 / 河南 / 450000 / CN | Baidu Maps (Chinese characters, October 1, 2026) returned no result for 大赵村 8 号. The village 大赵村 resolves only to a village-level landmark (village committee and schools); house No. 8 cannot be located. Live seller profile (October 1, 2026) unchanged. | Amazon lists the same address. |
| 13 | yingshangxianjinxiushuichanjiating (Amazon) | 颍上县 / 黄坝乡贾岗村张圩孜 015 号 / 阜阳市 / 安徽 / 236000 / CN | Baidu Maps (Chinese characters, October 1, 2026) resolved only the hamlet 张圩孜; house No. 015 is not mapped. The map shows a different business, 颍上县张同亚食品有限公司, at No. 038 in the same hamlet. Live seller profile (October 1, 2026) unchanged. | Amazon lists the same address. |
| 14 | XiXiaXianJiaHongKeJi (Amazon) | 西峡县 / 莲花街道世纪大道法院西侧 301 号 / 南阳市 / 河南省 / 474550 / CN | The address is described by reference to a landmark ("west side of the court"). Baidu Maps (Chinese characters, October 1, 2026) did not resolve No. 301; it showed only the Century Avenue corridor and the county court. On October 1, 2026, the live Amazon seller profile no longer displayed this business name or address; it displayed a different business name | Amazon lists the new business name and yet another address: 416, Building 4, Honglixing Creative Park, No. 23, Yangzhou Road, Cangshan District, Fuzhou (with city and province given as Shizuishan, Ningxia). Amazon's production |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | | (xinhuaxianyuanyalongdianzishangwuyouxiangongsi) and an address in Loudi, Hunan Province. | also lists two addresses in Zhengzhou, Henan (河南省郑州市二七区淮河路街道政通路兴达锦绣园 4 号; 河南省郑州市中原区伏牛路 139 号院 4 号楼 4 单元 48 号), in addition to the disclosed address in Xixia County. |
| 21 | jiangyinshixingrongjixieguanjian (Amazon) | 月城镇 / 水韵路 5 号 / 无锡市江阴市 / 江苏 / 214404 / CN | The address stops at a street number with no building or unit. Baidu Maps (Chinese characters, October 1, 2026) shows No. 5 Shuiyun Road as a courtyard containing six or more separately named businesses, none bearing the Defendant's name. Live seller profile (October 1, 2026) unchanged. | Amazon lists the same address. |
| 44 | E Fast decorative painting (Temu) | Block 2, Xinyuan B District, No. 616, Jinshan Avenue, Cangshan / District, Fuzhou City, Fujian Province / Cangshan District / 350007 / Fujian Province, Fuzhou City / China | The address stops at a building ("Block 2") with no unit. Baidu Maps (Chinese characters, October 1, 2026) resolved 鑫苑 B 区 at No. 616 Jinshan Avenue to the building level only. No. 39 discloses Block 3 of the same address. | Temu produced an e-mail address only; no physical address. |
| 56 | THYM (Temu) | C1605, Niulanqian Building, Xinniu Community, Minzhi Street, / Longhua District, Shenzhen / Longhua District / 570145 / Guangdong Province, Shenzhen / China | Map searches resolved only the 牛栏前大厦 / 牛栏前社区 area on Bulong Road, Minzhi Street, Longhua District. Unit C1605 was not located. An Amap search on October 1, 2026, could not be completed because the service blocked access. The disclosed postal code (570145) is a Hainan Province code, not a Shenzhen code. No business bearing the Defendant's name appears at the location. | Temu produced an e-mail address only; no physical address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 63 | a rich ricn rian shop (Temu) | No. 45, Row 5, Qiaotai Road Community, Zhongxing Avenue, / Jingling, Tianmen City / Tianmen City / 431700 / hubei province, Provincial and county-level administrative divisions / China | Baidu Maps (Chinese characters, October 1, 2026) returned no result for the full address 侨泰路小区 5 排 45 号. A shortened search resolved the 侨泰小区 compound and its numbered buildings, but the stated row and house number (5 排 45 号) do not appear on the map. No business bearing the Defendant's name appears. | Temu produced an e-mail address only; no physical address. |
| 65 | YiQianjiafang (Temu) | Room 301, Unit 1, Building 20, Area A, Jiangcun, Jiangdong Street, / Yiwu City, Jinhua City, Zhejiang Province (self-declaration) / Yiwu City / 322000 / Zhejiang Province, Jinhua City / China | The address is a self-declared ("self-declaration") registration address. Baidu Maps (Chinese characters, October 1, 2026) did not resolve 江村 A 区 20 栋; it returned only self-declared addresses in other villages. | Temu produced an e-mail address only; no physical address. |
| 66 | Infinity Kingdom (Temu) | Room 146, 4th Floor, Building S2#, Fusheng Chaoyang B District, / No. 108 Chaoyang Road, Linjiang Street, Cangshan District, Fuzhou / City, Fujian Province / Cangshan District / 350007 / Fujian Province, Fuzhou City / China | Baidu Maps (Chinese characters, October 1, 2026) returned no result for the full address. A shortened search resolved the 福晟朝阳壹品 B 区 compound, but Building S2# is not shown on the map, and the stated room could not be located. No business bearing the Defendant's name appears. | Temu produced an e-mail address only; no physical address. |
| 70 | cqddp (Temu) | Building 7, Country Garden Shilijiangwan Garden, No. 65 Gaoxin / Avenue, Shangjie Town, Minhou County, Fujian Province / Minhou County / 350100 / | The address stops at a building ("Building 7") in a residential development with no unit. Baidu Maps (Chinese characters, October 1, 2026) shows the building; no unit is stated, and no business bearing the Defendant's name appears. | Temu produced an e-mail address only; no physical address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | Fujian Province, Fuzhou City / China | | |

**Group F: Registered Entity Matches the Disclosed Address, but Platform or Registry Records Undercut It (11 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 4 | 衡阳茜勿商贸有限公司<br>(Amazon) | 高新区创业中心 4 号楼 / 二层 2009 号办公室 / 衡阳市 / 湖南 / 421000 / CN | Google Maps (Chinese characters) returned only the Hengyang Hi-Tech Industry Development Zone Administration Committee, a government office at a different street address; Building 4 and Office 2009 were not located. Baidu Maps (Chinese characters) returned no result. Live seller profile (October 2, 2026) unchanged. | Amazon lists the same address and a second address in a different city: 宁乡市白马桥街道白马大市场浅水西路 64 号, 长沙市, 湖南. |
| 7 | dongguanshishengyuexiecai<br>(Amazon) | 樟木头镇 / 圩镇蓓蕾街 42 号 501 房 / 东莞市 / 广东 / 523000 / CN | Google Maps returned unrelated Zhangmutou businesses; nothing at the stated address. Baidu Maps (Chinese characters) located 蓓蕾街 and listed businesses at other numbers (蓓蕾街 20 号; 蓓蕾街二巷 2 号) and an unrelated business at "501 室" on a different street (荔苑路 85 号); No. 42 and Room 501 on 蓓蕾街 were not listed. Live seller profile (October 2, 2026) unchanged. | Amazon lists the same address. |
| 10 | hanagu<br>(Amazon) | 临清市 / 松林镇姚庄村村委会西南 500 米路西 / 聊城市 / 山东省 / 252600 / CN | The address is a bearing from a village committee ("500 meters southwest of the village committee, west of the road"), not a street address. Google Maps returned town and village matches only. Baidu Maps (Chinese characters) | Amazon lists a different address in a different township: 山东省临清市尚店镇东段屯村 70 号. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | | listed other businesses at other bearings and village offices; none bears the Defendant's name. Live seller profile (October 2, 2026) unchanged. | |
| 15 | 贫铭商贸 (Amazon) | 江城区城北街道安宁路 / 535 号二楼 202（住所申报） / 江门市 / 广东 / 529000 / CN | The address is a self-declared residence registration (住所申报), and it pairs a district (江城区) of Yangjiang with the city of Jiangmen (江门市). Google Maps matched only Anning Road; No. 535 was not located. Baidu Maps (Chinese characters) returned no result. Live seller profile (October 2, 2026) unchanged. | Amazon lists a different address in a different city: 官井头商业西二街 40 号 102 号, 东莞市, 广东. |
| 17 | 瀚立门帽挂件 (Amazon) | 项目 M 区第 1 栋 1 单元 28 层 20 号房兰花都办事处 / 南明区兰花都街道花果园彭家湾花果园 / 贵阳市 / 贵州 / 550007 / CN | Google Maps matched the Huaguoyuan residential district at the compound level. Baidu Maps (Chinese characters) located Building 1, Block M of the Huaguoyuan development and listed other businesses in other units of Block M, several marked "not yet open"; the stated 28th floor, Room 20, was not listed. Live seller profile (October 2, 2026) unchanged. | Amazon lists a different address in a different province: 雄安新区容西龙泉北弯 6 楼号 1 单元 601 室, 容城县, 保定市, 河北省. |
| 27 | PaiWeiYeYa (Amazon) | 深泽县大桥头镇北卓头村昌盛街 / 自强胡同 10 号 / 石家庄市 / 河北省 / 052500 / CN | Google web search returned no matching documents. Google Maps returned only the street-name labels. Baidu Maps (Chinese characters; city set to 石家庄市) listed the 北卓头村 village committee, a school, a supermarket, and village offices; 自强胡同 10 号 was not listed. Live seller profile (October 2, 2026) unchanged. | Amazon lists a different address in a different province: 安徽省亳州市利辛县巩店镇肖寨村肖寨第 52 户. Amazon's production also lists a second address: 上海市松江区叶榭镇浦南批发市场 61 号. |
| 28 | QuJingJunQiuShangMao (Amazon) | 大朗镇深华路 / 一街四巷 6 号 601 房 / 东莞市 / 广东省 / 523000 / CN | Google Maps returned unrelated Dongguan businesses; nothing at the stated address. Baidu Maps (Chinese characters; city set to 东莞市) located 深华路一街; No. 6 and Room 601 were | Amazon lists a different address in a different city: 绿茵庄 26 栋 102 号, 汕头市龙湖区, 广东省. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | | not listed. Live seller profile (October 2, 2026) unchanged. | |
| 31 | dongguanshijinhonggongyipin (Amazon) | 虎门镇 / 怀德深巷十三巷 10 号 / 东莞市 / 广东 / 523000 / CN | Google Maps returned town, village, and “3rd Alley” matches without a house number. Baidu Maps (Chinese characters; city set to 东莞市) listed buildings on neighboring lanes (十四巷, 十五巷, 二十三巷); 十三巷 10 号 was not listed. Live seller profile (October 2, 2026) unchanged. | Amazon lists the same address. |
| 33 | CICI CUTE (Walmart) | guangzhouhuaduquhu / ashanzhenpingshandaji / e63hao / guangzhou, GD 510000, / CN | The address is disclosed only as a run-together romanized string. Google Maps matched the postal code 510000 only (district level). Live Walmart seller page (October 2, 2026) unchanged. | Walmart’s production lists no legal address for this seller. |
| 38 | Diyshops (Temu) | Room 502, Elevator 1, Building 1, Ximen Community, No. 975, / Shengli North Street, Zhenhai Street, Licheng District, Putian City, / Fujian Province / Licheng District / 351100 / Fujian Province, Putian City / China | Google Maps returned a partial match to No. 975 Shengli North Street, Putian. The street number resolves; Building 1, Elevator 1, and Room 502 were not located. The live Temu page could not be re-captured on October 2, 2026 (security verification). | Temu produced an e-mail address only; no physical address. |
| 57 | YANG NING Custom (Temu) | No. 345, Changlong Road, Fenghuangshan Street, Chengxiang / District, Putian City, Fujian Province / Chengxiang District / 351100 / Fujian Province, Putian City / China | Google Maps returned a partial match to No. 345 Changlong Road, Chengxiang District (with a postal code, 351199, that differs from the one disclosed). Road level; no business bearing the Defendant’s name appears. The live Temu page could not be re-captured on October 2, 2026 (security verification). | Temu produced an e-mail address only; no physical address. |

**Group G: Registered Entity Matches the Disclosed Address, but the Stated Premises Cannot Be Shown to Be a Place of Service, or the Platform's Records State a Conflicting Address (9 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 18 | 室厨垫品 (Amazon) | 郧西县 / 城关镇合和路 1 号双子楼（科创大厦）东楼 17 楼 1701 室-10019 工位 / 十堰市 / 湖北省 / 442699 / CN | Baidu Maps (Chinese characters, October 1, 2026) resolved 双子楼(科创大厦) on 合和路, Chengguan Town, Yunxi County, at the building level; a POI for the Yunxi County Commerce Bureau on the building's 19th floor shows that it is an occupied office tower. The disclosed unit, 1701 室-10019 工位, is a numbered workstation (工位) inside Room 1701, a shared-office style registration. Two entities are registered at the address string. No matching business was found at the location by desk check (map/POI review). The live Amazon seller profile, re-checked October 1, 2026, was unchanged. | Amazon lists a different address in a different city and province: 归湖镇白藤坑村 2 号, 潮安区, 潮州市, 广东省 515655. |
| 25 | ddaz、 (Amazon) | 兴业街 9 号双兴商品城绿色购物广场食品厅 30 库 / 西岗区 / 大连市 / 辽宁省 / 116000 / CN | Baidu Maps (Chinese characters, October 1, 2026) resolved 双兴商品城 (the green shopping plaza food hall) at 兴业街 9 号, Xigang District, Dalian, with food-hall tenant POIs inside, several flagged by Baidu as not yet open or unverified. The disclosed unit, 食品厅 30 库 (food hall, stall or storage unit 30), was not individually located. One Hong Kong entity, UNITED DAZZLE INTERNATIONAL LIMITED, is registered at the same address string. No matching business was found at the location by desk check (map/POI review). The live Amazon seller profile, re-checked October 1, 2026, was unchanged. | Amazon lists a different address in the same city: 辽宁省大连市西岗区双兴街粮食批发市场 12 号, 大连市, 辽宁 116000. |
| 37 | Inspirational canvas pain (Temu) | Factory No. 2 on the third floor and Shop No. 12 in Xiaocuo / Resettlement | Baidu Maps (Chinese characters, October 1, 2026) resolved the 肖厝安置区 (Xiaocuo resettlement area), where building 2# (肖厝安置 | Temu produced an e-mail address only; no physical address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | Area, Xialin Street, Chengxiang District, Putian City / Chengxiang District / 351100 / Fujian Province, Putian City / China | 房 2 号楼) carries a POI. The disclosed unit, shops 11 and 12 on the third floor of building 2# (2#三层 11 号、12 号商铺), was not individually located. The premises are shop units in a resettlement area. No matching business was found at the location by desk check (map/POI review). | |
| 46 | IronPcArt (Temu) | Room 904, Floor 2, Building 5, Area B, Xiushui Huating, No. 365 / Zhenhai North Street, Gongchen Street / Licheng District / 351100 / Fujian Province, Putian City / China | Baidu Maps (Chinese characters, October 1, 2026) resolved the 秀水华庭 B 区 residential compound to the unit level, with POIs for comparable units (for example, 5 号楼 2 梯 103 室). The disclosed unit, 5 号楼 2 梯 904 室, follows the mapped unit pattern but was not itself listed. Nine entities are registered at the address string. No matching business was found at the location by desk check (map/POI review). | Temu produced an e-mail address only; no physical address. |
| 52 | VelvetHug Home (Temu) | Room 4006, 4th Floor, Building 01, Xintianxia Industrial City, Vanke / City Community, Bantian Street, Longgang District, Shenzhen / Longgang District / 518172 / Guangdong Province, Shenzhen / China | Baidu Maps (Chinese characters, October 1, 2026) resolved 新天下工业城 01 号厂房四层 to the room level. Room 4006 follows the mapped room scheme, and the map shows a different business, 海雅蓝贸易, as a co-tenant of that room. Three entities are registered on the floor. No matching business was found at the location by desk check (map/POI review). | Temu produced an e-mail address only; no physical address. |
| 61 | MIIMOW (Temu) | Room 5E, Block C, NEO Lvjing Plaza, No. 6009, Shennan Road, / Tian'an Community, Shatou Street, Futian District, Shenzhen / Futian district / 518048 / | Baidu Maps (Chinese characters, October 1, 2026) resolved NEO 绿景广场 C 座 to the unit level, with POIs for comparable units (for example, 9I, 25C, 18D, and 10C). The disclosed unit, C 座 5E, follows the same scheme but was not itself listed. Five entities are registered at the | Temu produced an e-mail address only; no physical address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | Guangdong Province, Shenzhen / China | address string. No matching business was found at the location by desk check (map/POI review). | |
| 64 | DreamLiveStar (Temu) | G568, Floor 1, No. 125, Huagong Road, Jin’an District, Fuzhou City, / Fujian Province / Jin’an District / 350011 / Fujian Province, Fuzhou City / China | Baidu Maps (Chinese characters, October 1, 2026) resolved 化工路 125 号 as a unit-numbered market floor, with POIs for units such as F282, A245, and C171 on the first floor. The disclosed unit, G568, was not itself listed. Defendant No. 69 discloses the identical address and registered entity. No matching business was found at the location by desk check (map/POI review). | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 69. |
| 67 | FlairPouches Boutique (Temu) | Room 1309, Yishan Garden, No. 30 Bailong South Road, Heping / South Street / Meilan District / 570203 / Hainan, Haikou / China | Google Maps (captures of August 11, 2026, reviewed again on September 30, 2026; no October 1, 2026 Baidu capture was produced for this Defendant) resolved the west gate of 宜山花园 (Yishan Garden), 白龙南路 30 号, Meilan District, Haikou, at the compound level. The captures do not show Room 1309 or an occupant at that unit. Four entities are registered at the address string. The registry writes the compound name as 一善花园; the map labels it 宜山花园. | Temu produced an e-mail address only; no physical address. |
| 69 | RongxingSH (Temu) | G568, Floor 1, No. 125, Huagong Road, Jin’an District, Fuzhou City, / Fujian Province / Jin’an District / 350011 / Fujian Province, Fuzhou City / China | Identical address and registered entity to Defendant No. 64. Baidu Maps (Chinese characters, October 1, 2026) resolved 化工路 125 号 as a unit-numbered market floor (POIs F282, A245, C171); unit G568 was not itself listed. The registry shows a second registered address for the entity, 福建省福州市晋安区王庄街道跃进路 13 号一层 1139; the disclosed address corresponds to the G568 registration. No matching business was found at the location by desk check (map/POI review). | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 64. |

**Hong Kong Defaulting Defendants (6 Defendants)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 45 | JBAKA (Temu) | Room A07, New Trend Centre, 7O4 Prince Edward Road East7O4 A07 / Kowloon City District / 999077 / Hong Kong Special Administrative Region, Kowloon / China | The street number is typed with a letter "O" ("7O4"). Google Maps returned a list headed by "New Trend Center" at 104 King Fuk Street, a different street, and other unrelated businesses; no result at 704 Prince Edward Road East. Room A07 was not located. | Temu produced an e-mail address only; no physical address. |
| 48 | Creative Outfit (Temu) | ROOM 701 UNIT 108B 7/F TOWER B NEW MANDARIN PLAZA 14 / SCIENCE MUSEUM ROAD TSIM SHA TSUI KL / Yau Tsim Mong District / 999077 / Hong Kong Special Administrative Region, Kowloon / China | Google Maps returned the New Mandarin Plaza shopping mall at 14 Science Museum Road, a separate listing for a Unit 720 in Tower A, and a business center ("Venture Offices") listed at 701-6, 14 Science Museum Road. The stated "Room 701 Unit 108B" corresponds to the business center's premises, not to the Defendant. | Temu produced an e-mail address only; no physical address. |
| 59 | AbundantHue (Temu) | RM 1009,10/F, FRONT BLOCK, MING SANG IND BUILDING, 19 / HING YIP STREET, / Kwun Tong District / 999077 / Hong Kong Special Administrative Region, Kowloon / China | Google Maps located the Ming Sang Industrial Building at 19-21 Hing Yip Street, Kwun Tong. No room or tenant is shown, and nothing connects the Defendant to the building. | Temu produced an e-mail address only; no physical address. |
| 62 | Urban Creed (Temu) | Room 11, 9th Floor, Yunzhiduan, 111 Tung Chau Street, Kowloon, / Hong Kong / Yau Tsim | Google web search returned no relevant result. Google Maps located a building at 111 Tung Chau Street ("The Cloud") among unrelated results. Room 11 on the 9th floor is not shown, | Temu produced an e-mail address only; no physical address. |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | Mong District / 999077 / Hong Kong Special Administrative Region, Kowloon / China | and nothing connects the Defendant to the building. | |
| 82 | Lidando (Temu) | Room A07, Room 1701-02, New Era Industrial and Commercial / Centre, 704 Prince Edward Road East, San Po Kong / Kowloon City District / 999077 / Hong Kong Special Administrative Region, Kowloon / China | The address names two rooms ("Room A07, Room 1701-02"). Google Maps returned "New Trend Center" at 104 King Fuk Street and other unrelated businesses; no result at 704 Prince Edward Road East. No. 84 discloses the identical address and business name. | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 84. |
| 84 | ArtisticMarks Lab (Temu) | Room A07, Room 1701-02, New Era Industrial and Commercial / Centre, 704 Prince Edward Road East, San Po Kong / Kowloon City District / 999077 / Hong Kong Special Administrative Region, Kowloon / China | Same address and business name as No. 82. Google Maps returned a list beginning with "New Trend Center" at 104 King Fuk Street and unrelated industrial centers; no result at 704 Prince Edward Road East. | Temu produced an e-mail address only; no physical address. The same e-mail address is listed for No. 82. |

**Vietnam Defaulting Defendant (1 Defendant)**

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| 86 | lasfour (PayPal) | 60-62 Thai Van Lung, Hoa Xuan Ward, Cam Le District, / Da Nang City, Viet Nam, 550000 (About | Google Maps placed the address on a card for a different company, "Cong Ty TNHH Warriors Holding," at 60-62 Thai Van Lung, Hoa Xuan, Da Nang. The storefront name "lasfour" does not appear. | PayPal identifies the account holder as Warriors Holding Limited Liability Company and lists the 60-62 Thai Van Lung address among numerous other |

| No. | Storefront (Platform) | Platform-Disclosed Address (verbatim) | Address Search Result | Address in Platform Records |
|---|---|---|---|---|
| | | Us page of the Defendant's website) | | addresses, most in the United States. |