**EXHIBIT B**

**PRC Business-Registry (Tianyancha 天眼查) Check**

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 1 | fengyangxiandengjundianzishangwushanghang | No match | n/a | n/a |
| 2 | SuLianShangMao126 | Entity returned; not at platform address | 谷城县宿恋商贸有限公司 [Gucheng County Sulian Trading Co., Ltd.] (存续, in existence); 谷城县素怜商贸有限公司 [Gucheng County Sulian Trading Co., Ltd. (different characters)] (注销, cancelled). USCC: 谷城县宿恋商贸有限公司: 91420625MAK5XF4K8J; 谷城县素怜商贸有限公司: 91420625MAD6P7R89N. Registered address: 湖北省襄阳市谷城县城关镇北辰大道 1 号网众产业园 P16931 号(集群注册） [No. P16931, Wangzhong Industrial Park, No. 1 Beichen Avenue, Chengguan Town, Gucheng County, Xiangyang, Hubei Province (cluster registration)]; 湖北省襄阳市谷城县石花镇杨溪湾工业园 C13-2-111（住所申报） [C13-2-111 Yangxiwan Industrial Park, Shihua Town, Gucheng County, Xiangyang, Hubei Province (self-declared residence)]. | Conflict. Both candidates are registered in Gucheng County, Hubei; the platform address is in Yinzhou, Ningbo, Zhejiang. |
| 3 | ChangShaJuBaiYeMaoYiYouXianGongSi | Entity returned; cancelled (注销) | 长沙俱百业贸易有限公司 [Changsha Jubaiye Trading Co., Ltd.] (注销, cancelled). USCC: 长沙俱百业贸易有限公司: 91430105MAEDA05Q3F. Registered address: 湖南省长沙市开福区洪山街道洪西社区盈安大厦 18 楼 1802 号 [No. 1802, 18th Floor, Ying'an Building, Hongxi Community, Hongshan Subdistrict, Kaifu District, Changsha, Hunan Province]. | Registered address matches the platform address; entity cancelled. |
| 4 | 衡阳茜勿商贸有限公司 | Entity returned | 衡阳茜勿商贸有限公司 [Hengyang Xiwu Trading Co., Ltd.] (存续, in existence). USCC: 衡阳茜勿商贸有限公司: 91430400MAEER1WN7H. Registered | Registered address matches the platform address (match via the Chinese-character storefront |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | address: 衡阳市高新区创业中心 4 号楼二层 2009 号办公室 [Office 2009, 2nd Floor, Building 4, Entrepreneurship Center, High-Tech Zone, Hengyang]. Abnormal-operations listing (经营异常) of July 8, 2026, for failure to publish annual report; not removed. | name; the pinyin business name returned no result). |
| 5 | zhaoyy | Entity returned; not at platform address | 临沧冠踟然商贸有限公司 [Lincang Guanchiran Trading Co., Ltd.] (注销, cancelled); 兆易创新科技集团股份有限公司 [GigaDevice Semiconductor Group Co., Ltd. (unrelated)] (存续, in existence). USCC: 临沧冠踟然商贸有限公司: 91530902MAE83DF231; 兆易创新科技集团股份有限公司: 91110108773369432Y. Registered address: 云南省临沧市临翔区凤翔街道办事处南信桥社区居民委员会灵山寺组 69-65 号 [No. 69-65, Lingshansi Group, Nanxinqiao Community Residents' Committee, Fengxiang Subdistrict, Linxiang District, Lincang, Yunnan Province]; 北京市海淀区丰豪东路 9 号院 8 号楼 1 至 5 层 101 [Unit 101, Floors 1-5, Building 8, Courtyard 9, Fenghao East Road, Haidian District, Beijing]. | Conflict. The cancelled candidate is registered in Lincang, Yunnan; the platform address is in Licheng, Putian, Fujian. The second result is an unrelated Beijing company. |
| 6 | xinzhengshihongdajiankangguanlifuwu | Entity returned | 新郑市泓达健康管理服务有限公司 [Xinzheng Hongda Health Management Services Co., Ltd.] (存续, in existence). USCC: 91410184MADF8YNH6F. Registered address: 河南省郑州市新郑市新华路街道阁老路路西涵洞北 441 号 [No. 441, north of the culvert on the west side of Gelao Road, Xinhua Road Subdistrict, Xinzheng, Zhengzhou, Henan Province]. | Registered address equals the platform address. One entity registered at the address string. |
| 7 | dongguanshishengyuexiecai | Entity returned | 东莞市盛跃鞋材有限公司 [Dongguan Shengyue Shoe Materials Co., Ltd.] (存续, in existence); 东莞市升悦鞋材有限公司 [Dongguan Shengyue Shoe Materials Co., Ltd. (different characters)] (注销, cancelled). USCC: 东莞市盛跃鞋材有限公司: | 盛跃 [Shengyue] is registered at the platform address; a near-identical entity (升悦 [Shengyue (different characters)]) is cancelled. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | 91441900MAEHK72177; 东莞市升悦鞋材有限公司: 91441900MA4UN2TT4Y. Registered address: 广东省东莞市樟木头镇圩镇蓓蕾街 42 号 501 房 [Room 501, No. 42 Beilei Street, Xuzhen, Zhangmutou Town, Dongguan, Guangdong Province]; 东莞市厚街镇西环路 103 号 [No. 103 Xihuan Road, Houjie Town, Dongguan]. 盛跃: abnormal-operations listing (经营异常) of July 22, 2026, for failure to publish annual report; not removed. | |
| 8 | henanhuanghanjiuyeyouxian | Entity returned | 河南煌翰酒业有限公司 [Henan Huanghan Liquor Co., Ltd.] (存续, in existence). USCC: 91410184MACWCJQQ3C. Registered address: 河南省郑州市新郑市龙湖镇大赵村 8 号 [No. 8, Dazhao Village, Longhu Town, Xinzheng, Zhengzhou, Henan Province]. | Registered address equals the platform address. Eleven entities registered at the address string. |
| 9 | HuaiNanQuanDeShangMaoYouXianGongSi | Entity returned; not at platform address | 淮南权得商贸有限公司 [Huainan Quande Trading Co., Ltd.] (存续, in existence). USCC: 淮南权得商贸有限公司: 91340403MAEBF9666E. Registered address: 安徽省淮南市田家庵区朝阳街道新天地商贸大厦 2006 室 [Room 2006, Xintiandi Commercial Building, Chaoyang Subdistrict, Tianjia'an District, Huainan, Anhui Province]. Abnormal-operations listings (经营异常): September 30, 2025, cannot be contacted at registered address; July 6, 2026, failure to publish annual report; neither removed. | Conflict. The candidate is registered in Huainan, Anhui; the platform address is in Xiangshui, Jiangsu. |
| 10 | hanagu | Entity returned | 临清鲁强木业加工有限公司 [Linqing Luqiang Wood Processing Co., Ltd.] (存续, in existence). USCC: 临清鲁强木业加工有限公司: 91371581MAD21QNW7J. Registered address: 山东省聊城市临清市松林镇姚庄村村委会西南 500 米路西 [500 meters southwest of the Yaozhuang Village Committee, west side of the | Registered address matches the platform address (rural directional address). |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | road, Songlin Town, Linqing, Liaocheng, Shandong Province]. | |
| 11 | 遮阳蓬具 [Awning Supplies] | Entity returned; cancelled (注销) | 阜平县康锦芬电子商务有限公司 [Fuping County Kangjinfen E-Commerce Co., Ltd.] (注销, cancelled); 北京天幕阳光遮阳蓬具有限公司 [Beijing Tianmu Yangguang Awning Co., Ltd. (unrelated)] (注销, cancelled). USCC: 阜平县康锦芬电子商务有限公司: 91130624MAERB4JY7M; 北京天幕阳光遮阳蓬具有限公司: 9111011472266006XT. Registered address: 河北省保定市阜平县经济开发区工业台地标准化厂房3-2 南楼 2 层-北区 C00052 [Stall C00052, North Section, 2nd Floor, South Building 3-2, Standardized Industrial Plant, Economic Development Zone, Fuping County, Baoding, Hebei Province]; 北京市昌平区西关路 31 号 [No. 31 Xiguan Road, Changping District, Beijing]. | Registered address matches the platform address; entity cancelled. |
| 12 | yanshanxianyanlinghongtangshipin | No match | n/a | n/a |
| 13 | yingshangxianjinxiushuichanjiating | Entity returned | 颍上县锦秀水产家庭农场 [Yingshang County Jinxiu Aquatic Products Family Farm] (存续, in existence). USCC: 91341226MA8QAXB85C. Registered address: 安徽省阜阳市颍上县黄坝乡贾岗村张圩孜 015 号 [No. 015, Zhangweizi, Jiagang Village, Huangba Township, Yingshang County, Fuyang, Anhui Province]. | Registered address equals the platform address. One entity registered at the address string. |
| 14 | XiXiaXianJiaHongKeJi | Entity returned | 西峡县佳宏科技有限公司 [Xixia County Jiahong Technology Co., Ltd.] (存续, in existence). USCC: 91411323MAENYF616M. Registered address: 河南省南阳市西峡县莲花街道世纪大道法院西侧 301 号 [No. 301, west side of the court, Century Avenue, | Registered address equals the platform address as originally captured; the live seller profile no longer discloses this entity or address (see Ex. A). |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | Lianhua Subdistrict, Xixia County, Nanyang, Henan Province]. | |
| 15 | 贫铭商贸 [Pinming Trading] | Entity returned | 阳江市贫铭商贸有限公司 [Yangjiang Pinming Trading Co., Ltd.] (存续, in existence). USCC: 阳江市贫铭商贸有限公司: 91441702MAEC2TAG8J. Registered address: 阳江市江城区城北街道安宁路535号二楼202（住所申报） [Room 202, 2nd Floor, No. 535 Anning Road, Chengbei Subdistrict, Jiangcheng District, Yangjiang (self-declared residence)]. Abnormal-operations listing (经营异常) of July 13, 2026, for failure to publish annual report; not removed. | Registered address matches the platform address; registration is self-declared (住所申报). |
| 16 | YangXianCangSiShangM | Entity returned; not at platform address | 崇阳县仓斯商贸有限公司 [Chongyang County Cangsi Trading Co., Ltd.] (注销, cancelled). USCC: 崇阳县仓斯商贸有限公司: 91422325MAEDEP287D. Registered address: 湖北省咸宁市崇阳县天城镇蛤蟆石村五组16号（自主申报） [No. 16, Group 5, Hamashi Village, Tiancheng Town, Chongyang County, Xianning, Hubei Province (self-declared)]. | Conflict. The cancelled candidate is registered in Chongyang, Hubei; the platform address is in Guancheng, Zhengzhou, Henan. |
| 17 | 瀚立门帽挂件 [Hanli Door and Hat Hangers] | Entity returned | 贵州瀚立鸣电子商务有限公司 [Guizhou Hanliming E-Commerce Co., Ltd.] (存续, in existence). USCC: 贵州瀚立鸣电子商务有限公司: 91520102MAEMU4NR4G. Registered address: 贵州省贵阳市南明区兰花都街道花果园彭家湾花果园项目M区第1栋1单元28层20号房 [Room 20, 28th Floor, Unit 1, Building 1, Block M, Huaguoyuan Project, Pengjiawan, Lanhuadu Subdistrict, Nanming District, Guiyang, Guizhou Province][兰花都办事处 [Lanhuadu Subdistrict Office]]. Abnormal-operations listing (经营异常) of July 1, 2026, for failure to publish annual report; not removed. | Registered address matches the platform address. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 18 | 室厨垫品 | Entity returned | 郧西县琳简商贸有限公司 [Yunxi County Linjian Trading Co., Ltd.] (存续, in existence). USCC: 91420322MAEP58E89B. Registered address: 湖北省十堰市郧西县城关镇合和路 1 号双子楼(科创大厦)东楼 17 楼 1701 室-10019 工位 [Workstation 10019, Room 1701, 17th Floor, East Tower, Twin Towers (Science and Innovation Building), No. 1 Hehe Road, Chengguan Town, Yunxi County, Shiyan City, Hubei Province] | Registered address equals the platform address in Exhibit A. Two entities are registered at the address string. Amazon's production lists a different address (Chaozhou, Guangdong). |
| 21 | jiangyinshixingrongjixieguanjian | Entity returned | 江阴市星荣机械管件有限公司 [Jiangyin Xingrong Machinery Pipe Fittings Co., Ltd.] (存续, in existence). USCC: 91320281MA7FUEDK1G. Registered address: 江阴市月城镇水韵路 5 号 [No. 5 Shuiyun Road, Yuecheng Town, Jiangyin]. | Registered address equals the platform address. Eleven entities registered at the address string. |
| 22 | shanghaiyitongzhanlanzhanshi | Entity returned; not at platform address | 上海意通展览展示有限公司 [Shanghai Yitong Exhibition Co., Ltd.] (存续, in existence); 上海屹彤展览展示有限公司 [Shanghai Yitong Exhibition Co., Ltd. (different characters)] (存续, in existence). USCC: 上海意通展览展示有限公司: 91310112703275684M; 上海屹彤展览展示有限公司: 91310116MA1JCLYR63. Registered address: 上海市闵行区江川路 1835 号 [No. 1835 Jiangchuan Road, Minhang District, Shanghai]; 上海市金山区亭林镇兴工路 225 号 1 幢 2654 室 [Room 2654, Building 1, No. 225 Xinggong Road, Tinglin Town, Jinshan District, Shanghai]. | Conflict. Four similarly named entities returned; the first two are registered in Minhang and Jinshan; the platform address is in Baoshan. |
| 23 | 宠玩朱配 [Pet Toy Accessories] | Entity returned; cancelled (注销) | 赤壁市飞溪汇电子商务有限公司 [Chibi Feixihui E-Commerce Co., Ltd.] (注销, cancelled). USCC: 赤壁市飞溪汇电子商务有限公司: 91422302MAENQR05XU. Registered address: 湖北省咸宁市赤壁市赤马港街道木田畈社区舒家村四组 | Registered address matches the platform address; entity cancelled. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | 139 号 [No. 139, Group 4, Shujia Village, Mutianfan Community, Chimagang Subdistrict, Chibi, Xianning, Hubei Province]. | |
| 24 | Soul Art Shop | No match | n/a | n/a |
| 25 | ddaz、 | Entity returned | 大连亿博源商贸有限公司 [Dalian Yiboyuan Trading Co., Ltd.] (存续, in existence); UNITED DAZZLE INTERNATIONAL LIMITED (其他, other). USCC: 91210203MA0YE12Y82. Registered address: 辽宁省大连市西岗区兴业街 9 号双兴商品城绿色购物广场食品厅 30 库 [Food Hall Stall 30, Green Shopping Plaza, Shuangxing Commodity City, No. 9 Xingye Street, Xigang District, Dalian, Liaoning Province] | Registered address equals the platform address in Exhibit A. A second registrant at the address string, UNITED DAZZLE INTERNATIONAL LIMITED, is a Hong Kong company. Amazon's production lists a different address (a grain wholesale market in Dalian). |
| 26 | linquanxianxuanlifeng mizhipin | Entity returned; cancelled (注销) | 临泉县旋利蜂蜜制品有限公司 [Linquan County Xuanli Honey Products Co., Ltd.] (注销, cancelled). USCC: 临泉县旋利蜂蜜制品有限公司: 91341221MA8NPM4W6R. Registered address: 安徽省阜阳市临泉县杨桥镇刘楼村委会于庄 1 号 [No. 1 Yuzhuang, Liulou Village Committee, Yangqiao Town, Linquan County, Fuyang, Anhui Province]. | Registered address matches the platform address; entity cancelled. |
| 27 | PaiWeiYeYa | Entity returned | 派威液压（石家庄）有限公司 [Paiwei Hydraulics (Shijiazhuang) Co., Ltd.] (存续, in existence). USCC: 派威液压（石家庄）有限公司: 91130185MAD7E4BJXR. Registered address: 河北省石家庄市深泽县大桥头镇北卓头村昌盛街自强胡同 10 号 [No. 10 Ziqiang Alley, Changsheng Street, Beizhuotou Village, Daqiaotou Town, Shenze County, Shijiazhuang, Hebei Province]. | Registered address matches the platform address (match via the storefront name; the disclosed business name returned no result). |
| 28 | QuJingJunQiuShangM ao | Entity returned | 东莞市华舜贸易有限公司 [Dongguan Huashun Trading Co., Ltd.] (存续, in existence); 东莞市华顺贸易有限公司 [Dongguan Huashun Trading Co., Ltd. | Three candidates: 华舜 [Huashun] is registered at the platform address; 华顺 [Huashun (different |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | (different characters)] (注销, cancelled); 曲靖竣秋商贸有限公司 [Qujing Junqiu Trading Co., Ltd.] (存续, in existence). USCC: 东莞市华舜贸易有限公司: 91441900MAEMEWP80B; 东莞市华顺贸易有限公司: 91441900MAC8QWHT0B; 曲靖竣秋商贸有限公司: 91530302MAE7R1A299. Registered address: 广东省东莞市大朗镇深华路一街四巷 6 号 601 房 [Room 601, No. 6, 4th Lane, 1st Street, Shenhua Road, Dalang Town, Dongguan, Guangdong Province]; 广东省东莞市东坑镇黄麻岭旧围路 119 号 301 房 [Room 301, No. 119 Jiuwei Road, Huangmaling, Dongkeng Town, Dongguan, Guangdong Province]; 云南省曲靖市麒麟区南宁街道办事处黄家庄北村 35 号 [No. 35 Huangjiazhuang North Village, Nanning Subdistrict, Qilin District, Qujing, Yunnan Province]. 华舜: abnormal-operations listing (经营异常) of July 12, 2026; 曲靖竣秋: listing of July 14, 2026; both for failure to publish annual report; neither removed. | characters)] is cancelled; 曲靖竣秋 [Qujing Junqiu] (to which the storefront name corresponds) is registered in Qujing, Yunnan. |
| 29 | CanvasWhisper | Hong Kong entity returned for storefront name; no mainland entity | CanvasWhisper Limited (仍注册, still registered). Hong Kong company number 78699235. No mainland registered address. | Conflict. The storefront name resolves only to a Hong Kong company, CanvasWhisper Limited (still registered, No. 78699235); no mainland entity is registered at the platform address in Kunming. The disclosed business name returned no match. |
| 31 | dongguanshijinhonggongyipin | Entity returned | 东莞市锦宏工艺品有限公司 [Dongguan Jinhong Crafts Co., Ltd.] (存续, in existence); 东莞市锦鸿工艺品有限公司 [Dongguan Jinhong Crafts Co., Ltd. (different characters)] (存续, in existence). USCC: 东莞市锦宏工艺品有限公司: 91441900MAD9PJ9D09; | Two near-identical entities: 锦鸿 [Jinhong (锦鸿)] is registered at the platform address; 锦宏 [Jinhong (锦宏)] is registered at a different Dongguan address. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | 东莞市锦鸿工艺品有限公司: 91441900MACLHRMX4L. Registered address: 广东省东莞市长安镇新岗路 51 号 1 栋 301 室 [Room 301, Building 1, No. 51 Xingang Road, Chang'an Town, Dongguan, Guangdong Province]; 广东省东莞市虎门镇怀德深巷十三巷 10 号 201 房 [Room 201, No. 10, 13th Lane, Shenxiang, Huaide, Humen Town, Dongguan, Guangdong Province]. | |
| 32 | hebishishifanquouxingshangmaoyouxiangongsi | No match | n/a | n/a |
| 33 | CICI CUTE | Entity returned | 广州芸锴商贸有限公司 [Guangzhou Yunkai Trading Co., Ltd.] (注销, cancelled); 广州芸楷商贸有限公司 [Guangzhou Yunkai Trading Co., Ltd. (different characters)] (存续, in existence). USCC: 广州芸锴商贸有限公司: 91440101MA9ULXCX1L; 广州芸楷商贸有限公司: 91440114MAD3P8F74D. Registered address: 广州市海珠区新港东路 1000 号 1910 室（自主申报） [Room 1910, No. 1000 Xingang East Road, Haizhu District, Guangzhou (self-declared)]; 广州市花都区花山镇坪山大街 63 号 [No. 63 Pingshan Street, Huashan Town, Huadu District, Guangzhou]. | Sixteen homophone results. 广州芸锴 [Guangzhou Yunkai] (status changed from in existence to cancelled between August 25 and October 2, 2026); a different legal entity, 广州芸楷 [Guangzhou Yunkai (different characters)], is registered in Huadu District. The platform address is romanized only. |
| 37 | Inspirational canvas pain | Entity returned | 莆田市城厢区鸿展油画商行 [Putian Chengxiang District Hongzhan Oil Painting Shop] (存续, in existence). USCC: 92350302MA302N2H8F. Registered address: 莆田市城厢区霞林街道肖厝安置区 2#三层 11 号、12 号商铺 [Shops 11 and 12, 3rd Floor, Building 2#, Xiaocuo Resettlement Area, Xialin Subdistrict, Chengxiang District, Putian City] | Registered address equals the platform address (shop units in a resettlement area). |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 38 | Diyshops | Entity returned | 莆田市荔城区镇海街道姚峰海服装商行 [Putian Licheng District Zhenhai Subdistrict Yao Fenghai Clothing Store] (存续, in existence). USCC: 莆田市荔城区镇海街道姚峰海服装商行: 92350304MAC3E5GY15. Registered address: 福建省莆田市荔城区镇海街道胜利北街 975 号西门小区 1 号楼 1 梯 502 室 [Room 502, Stairway 1, Building 1, Ximen Residential Community, No. 975 Shengli North Street, Zhenhai Subdistrict, Licheng District, Putian, Fujian Province]. Abnormal-operations listing (经营异常) of July 3, 2026, for failure to file individual-business annual report; not removed. | Registered address matches the platform address (English translation). |
| 39 | Happy Decorative Painting | No match | n/a | n/a |
| 40 | hoghk | Entity returned; not at platform address | 进贤县朱金练互联网服务经营部 [Jinxian County Zhu Jinlian Internet Services Business Department] (存续, in existence). USCC: 进贤县朱金练互联网服务经营部: 92360124MABXBPD834. Registered address: 南昌市进贤县二塘乡乐平路 073 号 [No. 073 Leping Road, Ertang Township, Jinxian County, Nanchang]. | Conflict. The candidate is registered in Jinxian, Nanchang, Jiangxi; the platform address is in Chengxiang, Putian, Fujian. |
| 41 | cy poscy | No match | n/a | n/a |
| 42 | A High decorative painting | No match | n/a | n/a |
| 43 | Foya Decorative painting | Entity returned; unreachable at registered address | 深圳市龙岗区兰溪食品生鲜中心 [Shenzhen Longgang District Lanxi Fresh Food Center] (存续, in existence). USCC: 深圳市龙岗区兰溪食品生鲜中心: 92440300MA5FXGF41L. Registered address: 深圳市龙岗区龙城街道回龙埔社区吓一村 66 号 101 [Unit 101, No. 66 Xiayi Village, Huilongpu Community, Longcheng Subdistrict, Longgang District, Shenzhen]. Abnormal-operations listing (经营异常) of April 29, | Registered address matches the platform address (English translation); entity listed as unreachable at that address since 2021. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | 2021, cannot be contacted at registered address; not removed. | |
| 44 | E Fast decorative painting | Entity returned | 福州市仓山区建新镇陈鸿发洗染服务部（个体工商户） [Fuzhou Cangshan District Jianxin Town Chen Hongfa Laundry and Dyeing Services (individual business)] (存续, in existence). USCC: 92350104MADXYDLD1Y. Registered address: 福建省福州市仓山区金山大道 616 号鑫苑 B 区 2 座 [Block 2, Xinyuan B District, No. 616 Jinshan Avenue, Cangshan District, Fuzhou, Fujian Province]. | Registered address equals the platform address. Twelve entities registered at the address string. |
| 45 | JBAKA | n/a; Hong Kong address | n/a; Hong Kong address | n/a; Hong Kong address |
| 46 | IronPcArt | Entity returned | 莆田市荔城区关尔火贸易有限公司 [Putian Licheng District Guan'erhuo Trading Co., Ltd.] (存续, in existence). USCC: 91350304MADTB0LF3U. Registered address: 福建省莆田市荔城区拱辰街道镇海北街 365 号秀水华庭 B 区 5 号楼 2 梯 904 室 [Room 904, Stair 2, Building 5, Zone B, Xiushui Huating, No. 365 Zhenhai North Street, Gongchen Subdistrict, Licheng District, Putian City, Fujian Province] | Registered address equals the platform address. Nine entities are registered at the address string. |
| 47 | Bargainest | No match | n/a | n/a |
| 48 | Creative Outfit | n/a; Hong Kong address | n/a; Hong Kong address | n/a; Hong Kong address |
| 50 | Am tuof | No match | n/a | n/a |
| 52 | VelvetHug Home | Entity returned | 深圳市优瑟琳科技有限公司 [Shenzhen Yousilin Technology Co., Ltd.] (存续, in existence). USCC: 91440300MA5H99E47C. Registered address: 深圳市龙岗区坂田街道万科城社区新天下工业城 01 号厂房四层 4006 室 [Room 4006, 4th Floor, Factory | Registered address equals the platform address. Three entities are registered on the floor. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | Building 01, Xintianxia Industrial City, Vanke City Community, Bantian Subdistrict, Longgang District, Shenzhen] | |
| 54 | Eclipse Ethereal Elegance | Entity returned; not at platform address | 深圳市赛旗科技有限公司 [Shenzhen Saiqi Technology Co., Ltd.] (存续, in existence); 深圳市赛琪科技有限公司 [Shenzhen Saiqi Technology Co., Ltd. (different characters)] (存续, in existence). USCC: 深圳市赛旗科技有限公司: 91440300MA5DCDUP4A; 深圳市赛琪科技有限公司: 91440300MA5GP3JW8D. Registered address: 深圳市龙岗区平湖街道辅城坳社区辅城坳阳光路中环阳光星苑 1 栋 1A 座 1804 [Unit 1804, Block 1A, Building 1, Zhonghuan Yangguang Xingyuan, Yangguang Road, Fuchengao Community, Pinghu Subdistrict, Longgang District, Shenzhen]; 深圳市龙华区观湖街道樟坑径社区火灰罗路 28 号 E 栋 E 单元 501 [Room 501, Unit E, Building E, No. 28 Huohuiluo Road, Zhangkengjing Community, Guanhu Subdistrict, Longhua District, Shenzhen]. | Conflict. Thirteen similarly named entities returned; none at the platform address (Bantian, Longgang). Same business name and results as No. 71. |
| 55 | Cozy Sleep Cottage | No match | n/a | n/a |
| 56 | THYM | Entity returned | 深圳市拓寰逸麦科技有限公司 [Shenzhen Tuohuan Yimai Technology Co., Ltd.] (存续, in existence); 瑞吉特科技有限公司 (仍注册, still registered). USCC: 91440300MAEE4X5M9T. Registered address: 深圳市龙华区民治街道新牛社区牛栏前大厦 C1605 [C1605, Niulanqian Building, Xinniu Community, Minzhi Subdistrict, Longhua District, Shenzhen]. | Registered address equals the platform address. Six entities registered at the address string, including a second still-registered entity (瑞吉特科技有限公司 [Ruijite Technology Co., Ltd.]). |
| 57 | YANG NING Custom | Entity returned | 莆田市城厢区盛博门窗加工店 [Putian Chengxiang District Shengbo Door and Window Processing Shop] (存续, in existence). USCC: 莆田市城厢区盛博门窗加工店: 92350302MA32X89W5A. Registered address: | Registered address matches the platform address (English translation). |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | 福建省莆田市城厢区凤凰山街道昌隆路 345 号 [No. 345 Changlong Road, Fenghuangshan Subdistrict, Chengxiang District, Putian, Fujian Province]. Abnormal-operations listing (经营异常) of July 2, 2026, for failure to file individual-business annual report; not removed. | |
| 58 | Juyuan Home Textile Factory | No match | No match at the platform address. The nearest name result (金华市芯游日用品百货有限公司 [Jinhua Xinyou Daily Necessities Department Store Co., Ltd.]) is registered at a different address in Jindong District, Jinhua. | n/a |
| 59 | AbundantHue | n/a; Hong Kong address | n/a; Hong Kong address | n/a; Hong Kong address |
| 60 | Mingchi Home Textile Factory | No match | No match at the platform address. The nearest name result (金华市深音日用品百货有限公司 [Jinhua Shenyin Daily Necessities Department Store Co., Ltd.]) is registered at a different address in Jindong District, Jinhua. | n/a |
| 61 | MIIMOW | Entity returned | 深圳市赤虎文化传媒有限公司 [Shenzhen Chihu Culture Media Co., Ltd.] (存续, in existence). USCC: 91440300MACNX1KR02. Registered address: 深圳市福田区沙头街道天安社区深南大道 6009 号 NEO 绿景广场 C 座 5E [5E, Block C, NEO Lvjing Plaza, No. 6009 Shennan Avenue, Tian'an Community, Shatou Subdistrict, Futian District, Shenzhen] | Registered address equals the platform address. Five entities are registered at the address string. |
| 62 | Urban Creed | n/a; Hong Kong address | n/a; Hong Kong address | n/a; Hong Kong address |
| 63 | a rich ricn rian shop | Entity returned | 天门乔诺贸易有限公司 [Tianmen Qiaonuo Trading Co., Ltd.] (存续, in existence). USCC: 91429006MA49G4L20C. Registered address: 天门市竟陵钟惺大道侨泰路小区 5 排 45 号 [No. 45, Row 5, | Registered address equals the platform address. Six entities registered at the address string. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | Qiaotai Road Community, Zhongxing Avenue, Jingling, Tianmen]. | |
| 64 | DreamLiveStar | Entity returned | 福州晋安蓉兴日用品商行（个体工商户） [Fuzhou Jin’an Rongxing Daily Necessities Shop (individual business)] (存续, in existence). USCC: 92350111MAE89D4C8A. Registered address: 福建省福州市晋安区化工路 125 号一层-G568 [G568, 1st Floor, No. 125 Huagong Road, Jin’an District, Fuzhou City, Fujian Province] | Registered address equals the platform address. Defendant No. 69 discloses the identical address and entity. |
| 65 | YiQianjiafang | Entity returned | 义乌市恒立家纺有限公司 [Yiwu Hengli Home Textiles Co., Ltd.] (存续, in existence); 贵州亿千家房地产置业有限公司 [Guizhou Yiqianjia Real Estate Co., Ltd.] (存续, in existence). USCC: 91330782MA8GLC3455; 贵州亿千家房地产置业有限公司: 91520103MAAJQ7AP1D. Registered address: 浙江省金华市义乌市江东街道江村 A 区 20 栋 1 单元 301 室（自主申报） [Room 301, Unit 1, Building 20, Area A, Jiangcun, Jiangdong Subdistrict, Yiwu, Jinhua, Zhejiang Province (self-declared)]; 贵州省贵阳市白云区云城街道白金大道西侧中天金融城国际社区 A5 地块第 6 栋 9 层 6 号房 [Room 6, 9th Floor, Building 6, Plot A5, Zhongtian Financial City International Community, west side of Baijin Avenue, Yuncheng Subdistrict, Baiyun District, Guiyang, Guizhou Province]. 贵州亿千家 [Guizhou Yiqianjia]: abnormal-operations listings (经营异常) of November 25, 2024 (cannot be contacted at registered address), July 2, 2025, and July 3, 2026 (annual report); none removed. | Registered address equals the platform address (self-declared, 自主申报). The search also returned a second, co-registered entity at an address in Guiyang, Guizhou. |
| 66 | Infinity Kingdom | Entity returned | 福州仓山捷成网络科技有限公司 [Fuzhou Cangshan Jiecheng Network Technology Co., Ltd.] (存续, in | Registered address equals the platform address. Two entities registered at the address string. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | existence). USCC: 91350104MADFNY5UXT. Registered address: 福建省福州市仓山区临江街道朝阳路 108 号福晟朝阳 B 区 S2#楼四层 146 室 [Room 146, 4th Floor, Building S2#, Fusheng Chaoyang B District, No. 108 Chaoyang Road, Linjiang Subdistrict, Cangshan District, Fuzhou, Fujian Province]. | |
| 67 | FlairPouches Boutique | Entity returned | 海口美兰政夔商贸行（个体工商户） [Haikou Meilan Zhengkui Trading Shop (individual business)] (存续, in existence). USCC: 92460000MADDR85T0U. Registered address: 海南省海口市美兰区和平南街道白龙南路 30 号一善花园 1309 室 [Room 1309, Yishan Garden, No. 30 Bailong South Road, Heping South Subdistrict, Meilan District, Haikou City, Hainan Province] | Registered address equals the platform address by pinyin; the registry writes the compound name as 一善花园, while the map labels it 宜山花园. Four entities are registered at the address string. |
| 68 | Warm Home Liu | Entity returned; cancelled (注销) | 常德瞳颜贸易有限公司 [Changde Tongyan Trading Co., Ltd.] (注销, cancelled). USCC: 常德瞳颜贸易有限公司: 91430702MAERB8UR08. Registered address: 湖南省常德市武陵区白马湖街道长家山社区洞庭大道（德苑小区 1 栋 601 室） [Dongting Avenue (Room 601, Building 1, Deyuan Community), Changjiashan Community, Baimahu Subdistrict, Wuling District, Changde, Hunan Province]. | Registered address matches the platform address (English translation); entity cancelled. |
| 69 | RongxingSH | Entity returned | 福州晋安蓉兴日用品商行（个体工商户） [Fuzhou Jin'an Rongxing Daily Necessities Shop (individual business)] (存续, in existence); the search also returned 融信世欧物业服务集团有限公司 [Rongxin Shiou Property Services Group Co., Ltd.] (存续, in existence; USCC 913501115747O8155M). USCC: 92350111MAE89D4C8A. Registered addresses: 福建省福州市晋安区化工路 125 号一层-G568 [G568, 1st Floor, No. 125 Huagong Road, Jin'an District, Fuzhou | The disclosed address equals the first registered address (the G568 registration). The registry shows a second registered address for the same entity. Same entity and address as Defendant No. 64. |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| | | | City, Fujian Province]; 福建省福州市晋安区王庄街道跃进路 13 号一层 1139 [Room 1139, 1st Floor, No. 13 Yuejin Road, Wangzhuang Subdistrict, Jin'an District, Fuzhou City, Fujian Province] | |
| 70 | cqddp | Entity returned | 闽侯县上街镇陈钦装饰材料经营部（个体工商户）[Minhou County Shangjie Town Chen Qin Decoration Materials Business Department (individual business)] (存续, in existence). USCC: 92350121MADXRN7X50. Registered address: 福建省闽侯县上街镇高新大道 65 号碧桂园十里江湾花园 7 幢 [Building 7, Country Garden Shilijiangwan Garden, No. 65 Gaoxin Avenue, Shangjie Town, Minhou County, Fujian Province]. | Registered address equals the platform address. Five entities registered at the address string. |
| 71 | LushNest Store | Entity returned; not at platform address | 深圳市赛旗科技有限公司 [Shenzhen Saiqi Technology Co., Ltd.] (存续, in existence); 深圳市赛琪科技有限公司 [Shenzhen Saiqi Technology Co., Ltd. (different characters)] (存续, in existence). USCC: 深圳市赛旗科技有限公司: 91440300MA5DCDUP4A; 深圳市赛琪科技有限公司: 91440300MA5GP3JW8D. Registered address: 深圳市龙岗区平湖街道辅城坳社区辅城坳阳光路中环阳光星苑 1 栋 1A 座 1804 [Unit 1804, Block 1A, Building 1, Zhonghuan Yangguang Xingyuan, Yangguang Road, Fuchengao Community, Pinghu Subdistrict, Longgang District, Shenzhen]; 深圳市龙华区观湖街道樟坑径社区火灰罗路 28 号 E 栋 E 单元 501 [Room 501, Unit E, Building E, No. 28 Huohuiluo Road, Zhangkengjing Community, Guanhu Subdistrict, Longhua District, Shenzhen]. | Conflict. Thirteen similarly named entities returned; none at the platform address (Bantian, Longgang). Same business name and results as No. 54. |
| 73 | Jiaqian Home | No match | No match. The English store name returned only unrelated name results. | n/a |

| No. | Seller (Schedule A) | Tianyancha Result | Registered Entity / Status / USCC | Registered Address vs. Platform |
|---|---|---|---|---|
| 75 | The Soft Flannel and Floral Print Pavilion | No match | n/a | n/a |
| 76 | Color Hu | No match | No match. The store name returned only an unrelated result. | n/a |
| 77 | Lang Bao Decor | No match | No match. The store name returned only unrelated Hong Kong name results. | n/a |
| 78 | AGGDRAW | Entity returned; cancelled (注销) | 福州市仓山区下渡街道黄丽香综合零售便利店 [Fuzhou Cangshan District Xiadu Subdistrict Huang Lixiang General Retail Convenience Store] (注销, cancelled). USCC: 福州市仓山区下渡街道黄丽香综合零售便利店: 92350104MACJYFWH5Q. Registered address: 福建省福州市仓山区下藤路 353 号福杰苑 3 座 [Building 3, Fujie Garden, No. 353 Xiateng Road, Cangshan District, Fuzhou, Fujian Province]. | Registered address matches the platform address (English translation); entity cancelled. |
| 79 | Yjckr Poerr | No match | n/a | n/a |
| 80 | MetalArtFrames | No match | n/a | n/a |
| 81 | Life Print Art | No match | n/a | n/a |
| 82 | Lidando | n/a; Hong Kong address | n/a; Hong Kong address | n/a; Hong Kong address |
| 83 | Ladan Canvas shop | No match | n/a | n/a |
| 84 | ArtisticMarks Lab | n/a; Hong Kong address | n/a; Hong Kong address | n/a; Hong Kong address |
| 85 | MAGA metal tin signs | No match | n/a | n/a |
| 86 | lasfour | n/a; Vietnam address | n/a; Vietnam address | n/a; Vietnam address |
| 87 | buy-backdrop | No match | n/a | n/a |
| 88 | raybackdrop | No match | n/a | n/a |